No. 10–6255. WASHINGTON *v.* EXPERIAN INC. ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–6263. NOONER ET AL. *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–6266. JONES *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–6267. MARSHALL *v.* BOWLES ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–6273. WOOLRIDGE *v.* GONZALES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6274. BRADFIELD *v.* CORRECTIONAL MEDICAL SERVICES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–6277. PEARSON *v.* HERRON, CORRECTIONAL ADMINISTRATOR, SCOTLAND CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 10–6280. MILLER *v.* CITY OF NEW YORK, NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 10–6281. OSTOPOSIDES *v.* BUNTING ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–6286. LAWLER *v.* HALL, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 10–6292. LUA *v.* MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6293. McCASLIN *v.* BIRMINGHAM MUSEUM OF ART ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–6298. SCHWIETERMAN *v.* OHIO. Ct. App. Ohio, Mercer County. Certiorari denied.

No. 10–6305. WATKINS *v.* MARYLAND DIVISION OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.